BUCHALTER NEMER
A Professional Corporation
SHAWN M. CHRISTIANSON (SBN: 114707)
CRAIG C. CHIANG (SBN: 209602)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
*cchiang@buchalter.com*

Attorneys for Liquidating Trustee
UECKER & ASSOCIATES, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CLARENT CORPORATION, a Delaware corporation (Federal Tax I.D. No. 77-0433687),<br><br>Debtor. | Case No. 02-33504-TC<br><br>Chapter: 11<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER NEMER, A Professional Corporation, 333 Market Street, 25th Floor, San Francisco, California 94105-2126.

On the date set forth below, I served the foregoing document described as:

**NOTICE OF ENTRY OF ORDER (A) APPROVING PROPOSED DISTRIBUTIONS TO UNSECURED SUBORDINATED CLAIMANTS UNDER MEMORANDUM OF UNDERSTANDING, (B) AUTHORIZING ABANDONMENT AND DESTRUCTION OF BOOKS AND RECORDS, (C) TERMINATING/ DISSOLVING THE LIQUIDATING TRUST, AND (D) DISCHARGING LIQUIDATING TRUSTEE, AND (E) FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope as follows:

**PLEASE SEE ATTACHED LIST**

I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 4552849v1                    1
**CASE NO. 02-33504-TC**

Case: 02-33504    Doc# 1025-2    Filed: 10/07/09    Entered: 10/07/09 17:06:24    Page 1 of 2

is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter Nemer in San Francisco, California on **October 7, 2009**. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices. Or as indicated for specific person(s) the package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed on **October 7, 2009**, at San Francisco, California.

                                                      /s/ Hallina Pohyar
                                                      HALLINA POHYAR

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 4552849v1

2

**CASE NO. 02-33504-TC**

Case: 02-33504    Doc# 1025-2    Filed: 10/07/09    Entered: 10/07/09 17:06:24    Page 2 of 2