# UECKER/CLARENT SERVICE LIST

| | | |
|---|---|---|
| Clarent Corporation, Debtor<br>Attn: James B. Weil<br>533 Airport Blvd., Suite 400<br>Burlingame, CA 94010 | Office of the United States Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 | Chapter 11 Trustee<br>Liquidating Trustee<br>Uecker & Associates, Inc.<br>100 Pine Street, #475<br>San Francisco, CA 94111 |
| Counsel for Debtor Clarent Corp.<br>Debra I. Grassgreen, Esq.<br>Dean Ziehl, Esq.<br>Pachulski Stang Ziehl & Jones<br>150 California St., 15th Floor<br>San Francisco, CA 94111 | Counsel for Plaintiffs' Executive Committee – IPO Litigation<br>John C. Crow<br>Stamell & Schager, LLP<br>One Liberty Place, 35th Floor<br>New York, NY 10006 | Counsel for Verso<br>Scroggins & Williamson<br>J. Robert Williamson, Esq.<br>1500 Candler Building<br>127 Peachtree Street, N.E.<br>Atlanta, GA 30303 |
| **COMMITTEE OF UNSECURED CREDITORS** | | |
| Elena Weiss<br>Bowne of Los Angeles<br>2103 E. University Drive<br>Dominguez Hills, CA 90220 | Kirk Gossman<br>EOP—Seaport Centre LLC<br>725 Saginaw Drive<br>Redwood City, CA 94063 | Melissa March<br>EOP—Seaport Centre LLC<br>2 N. Riverside Plaza, Suite 2100<br>Chicago, IL 60606 |
| Thomas R. Miller<br>TR Miller Co., Inc.<br>290 South Street<br>Walpole, MA 02081<br>Attn: Kim Harrington | **Attys for Committee of Unsecured Creditors**<br>c/o Daren R. Brinkman<br>Laura Portillo<br>Brinkman Portillo<br>4333 Park Terrace Drive, Suite 205<br>Westlake Village, CA 91361 | |
| **COMMITTEE OF EQUITY HOLDERS** | | |
| Roger K. Long<br>Otter Creek Management<br>400 Royal Palm Way, Suite 212<br>Palm Beach, FL 33480 | Stephen G. Macklem<br>Island Creek Capital, LLC<br>1727 South Indiana Avenue<br>Suite 403<br>Chicago, IL 60616 | Ilya Segal<br>Agrocom, Inc.<br>118 Coriander Ct.<br>East Amherst, NY 14051 |
| **Attys for Comm. of Equity Holders**<br>David L. Neale<br>Levene Neale Bender Rankin & Brill<br>1801 Avenue of the Stars, Ste 1120<br>Los Angeles, CA 90067 | Jacobs Management Corp.<br>Daniel Lindsay<br>Roger R. Cloutier II<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | |
| **REQUEST FOR SPECIAL NOTICE** | | |
| Robert C. Hussle<br>Rogers & Hardin LLP<br>2700 International Tower<br>229 Peachtree Street, NE<br>Atlanta, GA 30303 | Mark Hattendorf<br>8616 Mendocino Drive<br>Austin, TX 78735 | U.S. Securities and Exchange Commission<br>Attn: Sandra W. Lavigna<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036 |

| REQUEST FOR SPECIAL NOTICE | | |
|---|---|---|
| Dorsey & Whitney LLP<br>Michael J. Brown<br>Randall Steichen<br>1420 Fifth Ave, Suite 3400<br>Seattle, WA 98101 | Richard Yalen<br>NSG Datacom<br>3863 Centerview Drive<br>Chantilly, VA 20151 | Jennifer L. Scafe<br>Latham & Watkins LLP<br>505 Montgomery Street, Suite 1900<br>San Francisco, CA 94111-2562 |
| Bankruptcy Administration<br>IOS Capital, LLC<br>1738 Bass Road<br>P.O. Box 13708<br>Macon, GA 31208-3708 | Attorneys for Trustee, Tevis T. Thompson, Jr.<br>c/o Jeremy W. Katz, Esq.<br>Gordon & Rees LLP<br>Embarcadero Center West, #2000<br>275 Battery Street<br>San Francisco, CA 94111 | Gary L. Barnhart, Esq.<br>Special Assistant Attorney General<br>Missouri Dept. of Revenue<br>General Council's Office<br>P.O. Box 475<br>Jefferson City, MO 65105 |
| J. Michael Kelly<br>Cooley Godward LLP<br>One Maritime Plaza, 20th Floor<br>San Francisco, CA 94111-3580 | BOWNE OF LOS ANGELES, INC.<br>Gail B. Price, Esq.<br>Bronwen & Price<br>1600 Mission Street, Ste 206<br>San Marino, CA 91108 | Malibu Canyon Office Properties<br>Kenneth S. Fields, Esq.<br>Woollacott Jannol Fields LLP<br>10350 Santa Monica Blvd, Suite 350<br>Los Angeles, CA 90025 |
| Larry Schwartz<br>c/o Verso Technologies<br>1221 West Mineral Avenue<br>Littleton, CO 80120 | Jon Michaelson, Esq.<br>Erik Hanshew, Esq.<br>Coudert Brothers LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Fourth Floor<br>Palo Alto, CA 94306-2121 | Microsoft Corp.<br>c/o John R. Knapp, Jr.<br>Cairncross & Hempelmann<br>524 2nd Avenue, Suite 500<br>Seattle, WA 98104-2323 |
| Collins County Tax Assessor/ Collector, Plano ISD & City of Plano<br>c/o David McCall, Esq.<br>Gay McCall Isaacks Gordon Roberts<br>777 East 15th Street<br>Plano, TX 75074 | Bright Oceans International Corporation<br>c/o David Arietta<br>700 Ygnacio Valley Rd., # 220<br>Walnut Creek, CA 94596 | James Burshtyn<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Eugene K. Yamamoto<br>Law Offices of Eugene K. Yamamoto<br>The London Building<br>160 Franklin Street, Suite 206<br>Oakland, CA 94607 | Joseph J. Zimmerer<br>c/o Law Department<br>Metropolitan Life Insurance Company<br>400 S. El Camino Real, 8th Floor<br>San Mateo, CA 94402-1709 | Attys for Jerry Shaw-Yau Chang<br>c/o Sabina B. Clorfeine, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street,<br>30th Floor<br>Los Angeles, CA 90017 |
| Vitcom Corporation<br>c/o Solomon J. Jaskiel, Esq.<br>Klein & Solomon, LLP<br>275 Madison Avenue, 11th Floor<br>New York, NY 10016 | Barry Forman<br>c/o Monica L. Clark<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402-1498 | Don A. Lesser, Esq.<br>Don A. Lesser & Associates<br>1010 B Street, Suite 350<br>San Rafael, CA 94901 |
| Mike Vargo<br>c/o Robert E. Schaberg<br>Zesara Chan<br>Shartsis, Friese, Ginsburg LLP<br>One Maritime Plaza, 18th Floor<br>San Francisco, CA 94111-3508 | Malibu Canyon Office Properties, LLC<br>Matthew J. Shier<br>Pinnacle Law Group LLP<br>425 California Street, Suite 1800<br>San Francisco, CA 94104 | E. Jeffrey Banchero<br>Kastner/Banchero LLP<br>20 California Street, 7th Floor<br>San Francisco, CA 94111 |

| REQUEST FOR SPECIAL NOTICE | | |
|---|---|---|
| Geoffrey Jarpe<br>Maslon Edelman Borman & Brand LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402 | Michael G. Cooksey<br>Law Offices of Cooksey & Cooksey<br>5503 S. University Boulevard<br>Greenwood Village, CO  80121-1702 | Robert A. Van Nest<br>Keker & Van Nest<br>710 Sansome Street<br>San Francisco, CA  94111-1704 |
| Robert S. Gans<br>Alan Schulman<br>Bernstein, Litowitz, Berger & Grossmann<br>12481 High Bluff Drive, #300<br>San Diego, CA  92130 | **VIA FEDERAL EXPRESS**<br>LK Manson<br>PriceWaterhouseCoopers LLP<br>Kintyre House<br>209 West George Street<br>Glasgow G2 2LW<br>United Kingdom | Elise Becker-AUSA<br>U.S. Attorney's Office<br>450 Golden Gate Avenue<br>Box 36055<br>San Francisco, CA  94102 |
| Mary E. McCutcheon<br>Farella, Braun and Martel<br>235 Montgomery Street<br>San Francisco, CA  94104 | Keith A. McDaniels<br>Winston & Strawn<br>101 California Street, #3900<br>San Francisco, CA  94111 | Bingham McCutchen<br>3 Embarcadero Center, #1800<br>San Francisco, CA  94111-4066 |
| Matthew J. Ochs<br>John McDermott<br>Michael Hoffman<br>Holme, Roberts and Owen<br>1700 Lincoln Street, #4100<br>Denver, CO  80203 | Eric D. Winston<br>Stutman, Treister and Glatt<br>1901 Avenue of the Stars, 12th Fl.<br>Los Angeles, CA  90067 | Keith Nelson<br>Federal Bureau of Investigation<br>450 Golden Gate Avenue, #1300<br>San Francisco, CA  94102 |
| Mark C. Molumphy<br>Cotchett Pitre Simon & McCarthy<br>SF Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010 | Otter Creek Partners I<br>Bernstein, Litowitz, Berger & Grossmann<br>12481 High Bluff Drive, #300<br>San Diego, CA  92130 | J. Michael Kelley<br>Colley Godward Kronish, LLP<br>101 California Street, Floor 5<br>San Francisco, CA  94111–5800 |
| ADDITIONAL SERVICES | | |
| Michael Manire, Esq.<br>D'Amato & Lynch<br>70 Pine Street<br>New York, NY  10270-0110 | Jennifer Gloss, Esq.<br>Oracle USA, Inc.<br>500 Oracle Pkwy, MS 5op7<br>Redwood Shores, CA  94065 | Department of the Treasury<br>Internal Revenue Service<br>Attn: Ernestine B. Dowdell<br>1301 Clay Street, Suite 1400S<br>Oakland, CA  94612 |
| Joel Greunte<br>Oce'-USA, Inc.<br>5450 North Cumberland Ave.<br>Chicago, IL  60656 | **VIA FEDERAL EXPRESS**<br>Fiona Newlands, Esq.<br>Gam London Limited<br>12 St. James's Place<br>London SW1A 1NX<br>United Kingdom | Howard B. Greenstein<br>3669 Tronson Court<br>San Jose, CA  95132 |
| Eugene K. Yamamoto<br>Law Offices of Eugene K. Yamamoto<br>Lakeside Regency Plaza<br>1555 Lakeside Dr., #64<br>Oakland, CA  94612 | Hilary M. Williams<br>Morrison & Forrester LLP<br>1290 Avenue of the Americas<br>New York, NY  10104 | James B. Weil<br>c/o Regent Pacific Management Corporation<br>425 California Street, Suite 1310<br>San Francisco, CA  94010 |

| ADDITIONAL SERVICES | | |
|---|---|---|
| San Mateo County Tax Collector<br>555 County Center, 1st Floor<br>Redwood City, CA 94063-0966 | Texas Instruments<br>Murphy, Sheneman, Julian & Rogers<br>Margaret<br>101 California Street, Suite 3900<br>San Francisco, CA 94111 | Datasafe Inc.<br>c/o Ronald A. Kott, CFO<br>574 Eccles Avenue<br>South San Francisco, CA 94080 |
| Unisys Corporation<br>Janet Fitzpatrick<br>Legal Assistant<br>Unisys Way<br>P.O. Box 500, M/S E8-108<br>Blue Bell, PA 19424 | Heather Sullivan<br>Sr. Paralegal<br>Unum Provident Corporation<br>2211 Congress Street, M-382<br>Portland, ME 04122 | Georgia Dept. of Revenue<br>Lesley W. Berggren<br>Asst. Attorney General<br>40 Capitol Square SW<br>Atlanta, GA 30334-1300 |
| Coudert Brothers, LLP<br>c/o Jon Michaelson, Esq.<br>Two Palo Alto Square<br>3000 El Camino Real, 4th Floor<br>Palo Alto, CA 94306-2121 | Silicon Valley Shelving & Equipment<br>1690 Woodside Rd., #120<br>Redwood City, CA 94061 | CLET Direct<br>146 E. Duarte Rd., Suite 254<br>Arcadia, CA 91006 |
| Browning Ferris Industries<br>Builder's Debris Box Service<br>c/o City of Redwood City<br>1017 Middlefield Rd.<br>Redwood City, CA 94064 | City of Redwood City<br>1017 Middlefield Rd.<br>Redwood City, CA 94064 | BFI San Mateo District<br>c/o City of Redwood City<br>1017 Middlefield Rd.<br>Redwood City, CA 94064 |
| SG Cowen Securities Corp.<br>Adam A. Lewis<br>Morrison & Foerster<br>425 Market Street<br>San Francisco, CA 94105-2482 | Texas Comptroller of Public Accounts<br>Janis Burshtyn<br>Asst. Attorney General<br>Bankruptcy & Collections Div.<br>Office of Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Executive Committee<br>John C. Crow<br>Stamell & Schager LLP<br>One Liberty Plaza, 35th Floor<br>New York, NY 10006-1404 |
| Alejandro Vaquero<br>7389 Grant Ranch Blvd., Apt. 1436<br>Littleton, CO 80123 | Riverside Contracting LLC<br>Neil Herskowitz<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 | **VIA FEDERAL EXPRESS**<br>Wind Solutions Claim Register<br>Sweden AB<br>Jaan Kold<br>Enhagsslingan 1B<br>S-187-40 Täby<br>Sweden |
| Susan Willow<br>P.O. Box 258<br>Penngrove, CA 94951 | Alan L. Kaln<br>Grobstein, Horwath & Co., LLP<br>15266 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403 | Debt Acquisition Co. of America<br>1565 Hotel Circle South #310<br>San Diego, CA 92108 |
| Verso Technologies, Inc.<br>Attention: Juliet M. Reising<br>400 Galleria Parkway, Suite 300<br>Atlanta, GA 30339 | David Emerson, Esq.<br>160 Sansome Street, 18th Floor<br>San Francisco, CA 94104 | Verso Technologies, Inc.<br>Robert C. Hussle<br>Rogers Hardin LLP<br>229 Peachtree Street, NE<br>Atlanta, GA 30303 |

| | **ADDITIONAL SERVICES** | |
|---|---|---|
| Wells Fargo<br>Indentures Trustee<br>Wells Fargo Share Owner<br>P. O. Box 64875<br>St. Paul, MN 55164-0875 | William Pape<br>P. O. Box 171 Highway 95<br>Los Ojos, NM 87551 | SG Cowen & Co<br>Michael Luskin, Esq.<br>Lusking, Stern & Eisler LLP<br>330 Madison Avenue<br>New York, NY 10017 |
| Peter A. Wald<br>Latham & Watkins LLP<br>505 Montgomery Street, Ste 2000<br>San Francisco, CA 94111 | Deborah Joan Ludewig<br>17349 Parkside Ct<br>Monte Sereno, CA 95030 | **VIA FEDERAL EXPRESS**<br>Capcom Int'l<br>Laura Caprice<br>Plaza Manuel Gomez Moreno<br>Edificio Bronce Planta 3<br>de Madrid Spain 28020 |
| Jacobs Management Corp.<br>Roger R. Cloutier III<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Jacobs Management Corp.<br>IPI, Inc.<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Alpart Trading Company<br>601 LaSalle St., 2nd Fl.<br>Chicago, IL 60605 |
| Jerald M. Barnett<br>500 East Markham, Suite 305<br>Little Rock, AR 72201 | Gus Blass<br>16 W. Palisades Dr.<br>Little Rock, AR 72207 | Craig D. Campbell<br>111 Center Street<br>Little Rock, AR 72201 |
| Cascoh, Inc.<br>9010 Shawnee<br>Mission Parkway<br>Merriam, KS 66202 | Hongfei Cheng<br>4800 Baseline E104<br>Boulder, CO 80303 | Ron Craft<br>581 Hilltop Ct.<br>Whitefish, MT 59931 |
| William Cravens<br>1 Treetops Lane, #402<br>Little Rock, AR 72202 | Keith A. Dama<br>43 South Glen Rd.<br>Kinnelon, NJ 07405 | Kevin Dann<br>10 Rapids Lane<br>Greenwich, CT 06831 |
| George H. Davis<br>111 Center St., Suite 500<br>Little Rock, AR 72201 | John M. Davis III<br>110 Staley Point<br>Hot Springs, AR 71903 | Scott W. Davis<br>111 Center St.<br>Little Rock, AR 72201 |
| Rainy Fackler-Adams<br>1116 Lakeview St.<br>Bellingham, WA 98229 | Mark J. Freidson<br>4819 Gaywood Dr.<br>Minnetonka, MN 55345 | **VIA FEDERAL EXPRESS**<br>GAMerica Capital Fund<br>12 St. James's Place<br>London SW1A 1NX<br>United Kingdom |
| Howard B. Greenstein<br>3669 Tronson Court<br>San Jose, CA 95132 | Grant Oppergard<br>Paul A. Rogers<br>Donald P. Johnson<br>Robert Higdem<br>Morriss Point Investment Group<br>2900 IDS Center, 80 South Eight St.<br>Minneapolis, MN 55402 | Grey Goose Stable LLC<br>111 Center St., Ste. 500<br>Little Rock, AR 72201 |
| David Hettinga<br>1315 Mt. Cure Avenue<br>Minneapolis, MN 55403 | Mark Haynes<br>1315 Mt. Cure Avenue<br>Minneapolis, MN 55403 | Joseph M. Hutsick<br>14919 Ritchie Rd.<br>Centreville, VA 20120 |

BN 2312896v2

| ADDITIONAL SERVICES | | |
|---|---|---|
| Haynes Jackson, Jr.<br>2435 Marion Anderson Road<br>Hot Springs, AR 71913 | Jacobs Management Corp.<br>Bjorn & Diane Ahlstrom<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Jacobs Management Corp.<br>Irwin L. Jacobs<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Jacobs Management Corp.<br>Howard Grodnick<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Jacobs Management Corp.<br>Mark Jacobs-Lebowitz<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Jacobs Management Corp.<br>Rodney P. Burwell<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Jacobs Management Corp.<br>Rose Jacobs<br>Trisha Jacobs<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 | Joseph R. Larson<br>Robert L. & Shirley Larson<br>18420 Highpath Lane<br>Mtka, MN 55345 | W.D. Larson<br>301 Broadway Avenue S.<br>Wayzata, MN 55391 |
| Robert M. Levine<br>5005 Old Cedar Lake Road<br>St. Louis Park, MN 55416 | Sharon Lindgren<br>15291 Jeffers Pass NW<br>Prior Lake, MN 55372 | William C. Murphy<br>2 Sidney Place<br>New York, NY 11201 |
| Otter Creek Partners I<br>12544 High Bluff Drive<br>Suite 150<br>San Diego, CA 92126 | Owen Maigret Irrevocable Trust<br>Maigret Owen<br>727 Lilac Drive<br>Montecito, CA 93108 | Ronald Rubin for Lauren Association<br>19500 Turnberry Way, 3rd Floor<br>Aventura, FL 33180 |
| Barry L. Ross<br>11295 Overlook Drive<br>Minnetonka, MN 55305 | Scott Saliteman<br>Larry Saliterman<br>5005 Old Cedar Lake Road<br>Minneapolis, MN 55416 | Sands Partnership #2<br>9010 Shawnee Mission Parkway<br>Merriam, KS 66202 |
| Stamell and Schager<br>One Liberty Plaza, 35th Floor<br>New York, NY 10006 | Kevin Wright<br>1976 Andrew Court<br>Chanhassen, MN 55317 | Stanley Tomchin<br>Emily Tomchin<br>727 Lilac Drive<br>Montecito, CA 93108 |
| Baio Chen<br>187 Cronin Drive<br>Santa Clara, CA 95051 | Charles Ensminger<br>2303 Pine Valley Road<br>Little Rock, AR 72207 | W. Garland Street<br>P.O. Box 1290<br>Wilson, WY 83014 |
| Harrison Trading Group LLC<br>Successor in int. to Alpart Trading<br>c/o Peter C. Califano Esq.<br>201 California Street, 17th Floor<br>San Francisco CA 94111 | Joseph Giroir<br>c/o George Davis<br>Stephen, Inc.<br>111 Center Street, Ste 500<br>Little Rock, AR 72201 | Randi Jacobs-Lebowitz<br>Alexandra Jacobs<br>Jacobs Management Corporation<br>2900 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402 |
| Jeffrey L. Seigel<br>12601 East Highway 60<br>Apache Junction AZ 85218 | Brian Kahn<br>5506 Worsham Court<br>Windemere FL 34786 | **VIA FEDERAL EXPRESS**<br>New Hampshire Insurance Company<br>Per AIF Europe (UK) Ltd.<br>120 Fenchurch Street<br>London EC3M 5BP<br>United Kingdom |

| ADDITIONAL SERVICES | | |
|---|---|---|
| TIG Insurance Company of Michigan<br>5205 N. O'Connor Boulevard<br>Irving, TX  75039 | Royal Insurance Company of America<br>Royal & SunAlliance<br>9300 Arrowpoint Blvd<br>Charlotte, NC  28273 | Twin City  Fire Insurance Company<br>Hartford Financial Services Group<br>Hartford Plaza<br>Hartford, CT  06115 |
| Attorney Recovery Service, Inc.<br>Marty Matamoros<br>1857 Burbank Boulevard, #30<br>Tarzana, CA  91356 | Jonathan S. Kitchen<br>Cox, Castle & Nicholson LLP<br>555 California Street, 10th Floor<br>San Francisco, CA  94104 | Caroline McIntyre<br>Bergeson, LLP<br>303 Alameda Boulevard, Ste 500<br>San Jose, CA  95110 |
| John R. Foote<br>Thelen Reid Brown Raysman & Steiner<br>101 Second Street, Ste. 1800<br>San Francisco, CA  94105 | William F. Alderman<br>Orrick, Herrington & Sutcliffe<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105 | Daniel Rockey<br>Heller Ehrman<br>275 Middlefield Road<br>Menlo Park, CA  94025 |
| Michael Jay Brown<br>Ryan, Swanson & Cleveland<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington  98101 | James Kallianis<br>Meckler, Bulgar & Tilson<br>123 North Wacker Drive, Ste. 800<br>Chicago, IL  60606 | William S. Lerach<br>Darren Jay Robbins<br>Lerach Coughlin  Stoia Geller Rudman & Robbins LLP<br>655 West Broadway Ste 1900<br>San Diego, CA  92101 |
| Jeffrey Lawrence<br>Coughlin  Stoia Geller Rudman & Robbins LLP<br>100 Pine St., Ste 2600<br>San Francisco, CA  94111 | Marc A. Topaz<br>Schiffrin & Barroway LLP<br>280 King of Prussia Road<br>Radnor, PA  19087 | Steve Winick<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111 |
| James A. Harrod<br>Marian Rosner<br>Robert C. Finkel<br>Wolf Popper LLP<br>845 Third Avenue<br>New York, NY  10022 | C. Oliver Burt, III<br>Berman DeValerio Pease  Burt & Pucillo<br>222 LakeView Avenue, Ste 900<br>West Palm Beach, FL  33401 | Jeffery C. Block<br>Michael G. Lange<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>One Liberty Square, 8th Floor<br>Boston, MA  02109 |
| Joseph J. Tabacco Jr.<br>Jennifer Sharon Abrams<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California St., Ste 2100<br>San Francisco, CA  94104 | Laurence M. Rosen<br>The Rosen Law Firm<br>350 5th Avenue Ste 5508<br>New York, NY  10118 | Michael J. Pucillo<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>Northbridge Center Suite 1701<br>515 North Flagler Drive<br>West Palm Beach, FL  33401 |
| Betsy Carol Manifold<br>Francis Gregorek<br>Wolf Haldenstein Adler Freeman & Herz<br>Symphony Towers<br>750 B Street Suite 2770<br>San Diego, CA  92101 | Francis A. Bottini Jr.<br>Johnson Bottini LLP<br>655 W. Broadway Suite 1400<br>San Diego, CA  92101 | Fred Taylor Isquith<br>Gregory Nespole<br>Gustavo Bruckner<br>Wolf Haldenstin Adler<br>270 Madison Avenue<br>New York, NY  10016 |

| ADDITIONAL SERVICES | | |
|---|---|---|
| Jennifer R. Williams<br>Kevin Jay Yourman<br>Weiss & Yourmann<br>10940 Wilshire Blvd., 24th Floor<br>Los Angeles, CA 90024 | Robert S. Gans<br>735 Hoska Drive<br>Del Mar, CA 92014 | Michael David Braun<br>Braun Law Group P.C.<br>12304 Santa Monica Blvd., Ste 109<br>Los Angeles, CA 90025 |
| Gwendolyn Giblin<br>Joseph M. Barton<br>Gold Bennett Cera & Sidener LLP<br>595 Market Street, Ste 2300<br>San Francisco, CA 94105-2835 | Jacob Alexander Goldberg<br>Schiffrin & Barroway LLP<br>3 Bala Plaza East<br>Bala-Cynwyd, PA 19004 | Todd S. Collins<br>Berger & Montague P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 |
| Anthony Kenhong Lee<br>580 California Street 16th Floor<br>San Francisco, CA 94104 | Daniel C. Girard<br>601 California Street Ste 1400<br>San Francisco, CA 94104 | Mel Lifshitz<br>Rebecca Katz<br>Robert J. Berg<br>10 East 40th St., 22nd Floor<br>New York, NY 10016 |
| David F. Herr<br>Jerome B. Simon<br>Maslon Edelman Borman & Brand LLP<br>3300 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402-4140 | Martin H. Dodd<br>Futterman & Dupree LLP<br>160 Sansome St., 17th Fl.<br>San Francisco, CA 94104 | Michael C. McCarthy<br>William Pentelovitch<br>Maslon Edelman Borman & Brand LLP<br>3300 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402-4140 |
| John Scott Yun<br>Jennifer Lynne Scafe<br>Securities & Exchange Commission<br>44 Montgomery St., Suite 2600<br>San Francisco, CA 94104 | Christopher Sundermeier<br>William S. Freeman<br>Cooley Godward Kronish LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155 | Stephen A. Weiss<br>Seeger Weiss LLP<br>One William Street<br>New York, NY 10004 |
| James Maroulis<br>Oracle Corporation<br>500 Oracle Parkway, M/S. 5OP7<br>Redwood Shores, CA 94065 | Sabina Clorfeine<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa St., 30th Fl<br>Los Angeles, CA 90017-5735 | Igancio Evaristo Salceda<br>Leo Patrick Cunningham<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| Paul J. Gellar<br>Cauley Geller Bowman & Coates LLP<br>One Boca Place, Suite 421 A<br>Boca Raton, FL 33431 | Reed R. Kathrein<br>Hagens Berman Sobol Shapiro LLP<br>425 2nd St., Suite 500<br>San Francisco, CA 94107 | Brett Middleton<br>Niki L. Mendoza<br>Blair Allen Nicholas<br>Bernstein, Litowitz, Berger & Grossmann<br>12481 High Bluff Drive, #300<br>San Diego, CA 92130 |
| Emily C. Komlossy<br>Jonathan M Plasse<br>Goodkind Labation Rudoff & Sucharow<br>100 Park Avenue<br>New York, NY 10017 | Diane June Mason<br>Dorsey & Whitney LLP<br>555 California Street, Ste 1000<br>San Francisco, CA 94104 | Randall Steichen<br>Rita Latsinova<br>US Bank Centre<br>1420 Fifth Avenue Suite 3400<br>Seattle, WA 98101 |

| ADDITIONAL SERVICES | | |
|---|---|---|
| Christine Patricia Sun<br>Michael D. Celio<br>Wendy Jill Thurm<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111-1704 | Shannon P. Keniry<br>Finkelstein Thompson & Loughran<br>Duval Foundry<br>1050 30th St., NW<br>Washington, DC 20007 | Vahn Alexander<br>Weiss & Yourman<br>10940 Wishire Blvd., 25th Floor<br>Los Angeles, CA 90024 |
| Michael Frances Kyrouz<br>Latham & Watkins LLP<br>505 Montgomery Street, Ste 1900<br>San Francisco, CA 94111 | Jacqueline D. Molnar<br>Latham & Watkins<br>135 Commonwealth Drive<br>Menlo Park, CA 94025 | Marck Howard Edelson<br>Hoffman & Edelson LLC<br>45 West Court Street<br>Doylestown, PA 18901 |
| D. Joshua Staub<br>16161 Ventura Blvd, PMB 669<br>Encino, CA 91436 | Donald Enright<br>Finkelstein Thompson & Loughran<br>1055 Thomas Jefferson St., NW<br>Washington, DC 20007 | Michael James Hofmann<br>Home Roberts & Owen LLP<br>1700 Lincoln Street #1400<br>Denver, CO 80203-4541 |
| Steve Gerald Sklaver<br>Susman Godfrey LLP<br>1901 Ave of the Stars #950<br>Los Angeles, CA 90401 | Stanley Bernstein<br>Gregory Egleston<br>Mel E. Lifshitz<br>Bernstein Liebhard & Lifshitz LLP<br>10 East 40th Street<br>New York, NY 10016 | David R. Buchanan<br>Seeger Weiss LLP<br>One William St., 10th Floor<br>New York, NY 10004 |
| Peter D. Bull<br>Bull & Lifshitz LLP<br>18 East 41st Street<br>New York, NY 10017 | Brendan Joseph Dowd<br>Andrew Jay Frackman<br>O'Melveny & Myers LLP<br>7 Times Square<br>New York, NY 10036 | David B. Gordon<br>Sidley Austin Brown & Wood<br>375 Third Avenue<br>New York, NY 10022 |
| Henkin<br>Tweed Hadley & McCoy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Dean M. Jeske<br>Foley & Lardner<br>321 N. Clark St., Ste 2800<br>Chicago, IL 60610 | Christopher Lovell<br>Frederick W. Gerkens III<br>Lovell & Stewart LLP<br>500 Fifth Avenue, 58th Floor<br>New York, NY 10110 |
| Joseph Michael McLaughlin<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Joel Mitnick<br>Sidley Austin Brown & Wood<br>787 Seventh Avenue<br>New York, NY 10019 | Saul Roffe<br>Sirota & Sirota LLP<br>110 Wall Street<br>New York, NY 10005 |
| David Avi Rosenfeld<br>Samuel Howard Rudman<br>Coughlin Stoia Geller Rudman & Robbins<br>58 South Service Road Ste 200<br>Melville, NY 11747 | Jeffrey Rosenthal<br>Cleary Gogglieb Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006 | Peter George Safirstein<br>Melvyn Weiss<br>Steven G. Schulman<br>Milberg Weiss Bershad & Schulman<br>One Pennsylvania Plaza<br>New York, NY 10119 |
| Jacqueline Sailer<br>Murray Frank & Sailer LLP<br>275 Madison Ave., Ste 801<br>New York, NY 10016 | Michael Vargo<br>878 Edgewood Rd<br>Redwood City, CA 94062 | Nixon Peabody LLP<br>One Embarcadero Center<br>Suite 1800<br>San Francisco, CA 94111-3600 |

| ADDITIONAL SERVICES | | |
|---|---|---|
| Robert I Harwood<br>Thomas J. Harrison<br>Wechsler Harwood LLP<br>488 Madison Avenue 8th Floor<br>New York, NY 10022 | Douglas L. Elsass<br>Terence Melling Fruth<br>Fruth Jamison & Elsass<br>3902 IDS Center<br>80 8th St., Ste 4705<br>Minneapolis, MN 55402 | Wendy Wildung<br>Faegre & Benson<br>2200 Wells Fargo Center<br>90 S 7th Street<br>Minneapolis, MN 55402-3901 |
| Jennifer Frisch<br>Timothy Desmond Kelly<br>Kelly & Berens<br>3720 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402 | Devin Courteau<br>Holland & Knight<br>50 California St., 28th Floor<br>San Francisco, CA 94111 | C. Thomas Tew Jr.,<br>Tew Cardenas LLP<br>Four Seasons Tower<br>1441 Brickell Ave, 15th Fl.<br>Miami, FL 33131-3407 |
| Claudio Riedi<br>Dexter Wayn Lehtinen<br>Lehtinen Vargas Reiner & Riedi<br>7700 N. Kendall Drive Ste 303<br>Miami, FL 33156 | John G. Watts<br>Dunaway & Watts<br>P.O. Box 531168<br>Birmingham, AL 35253 | Brian Paul Miller<br>Akerman Senterfitt<br>Suntrust International Center<br>1 SE 3rd Avenue, 28th Floor<br>Miami, FL 33131-1714 |
| Stanley Howard Wakshlag<br>Kenny Nachwalter Seymour Arnold<br>Miami Center<br>201 S. Biscayne Blvd., Ste 1100<br>Miami, FL 33131-4327 | Lewis Franklin Murphy<br>Wendy Susan Leavitt<br>Squire Sanders & Dempsey LLP<br>Wachovia Financial Center<br>200 S. Biscayne Blvd., 40th Fl.<br>Miami, FL 33131-2398 | Mitchell Herr<br>Holland & Knight<br>701 Brickell Avenue Suite 300<br>Miami, FL 33131 |
| Lerach Coughlin Stoia Geller<br>Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111 | Lawrence M. Shapiro<br>Shapiro Law Office<br>5500 Wayzata Vld., Suite 1060<br>Minneapolis, MN 55416 | Simon Wong<br>1809 Hillman Avenue<br>Belmont, CA 94002 |
| Matthew Chiang<br>2219 Canyon Cliff Ct.<br>San Jose, CA 95138 | Richard Heaps<br>30 Evans Court<br>Alameda Court, CA 94502 | Mark E McIlvane<br>1502 Marquette Avenue<br>Naperville, IL 60565 |
| Arthur Rubenfeld<br>1670 Broadmoor Drive<br>Seattle, WA 98112 | Wen-Chang Ko<br>Pepper Hamilton LLP<br>1201 Market Street<br>Suite 1600<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | Gregory P. Williams<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, 8th Floor<br>Wilmington, DE 19801 |
| Laura Davis Jones, Esq.<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | Pamela S. Tikellis<br>Robert J. Kriner, Jr.<br>Beth Deborah Savitz<br>Chimicles & Tikellis LLP<br>One Rodney Square, Suite 500<br>P.O. Box 1035<br>Wilmington, DE 19899-1035 | Joseph A. Rosenthal<br>Rosenthal, Monhait, Gross & Goddess<br>Mellon Bank Center<br>919 North Market Street, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-8705 |

| ADDITIONAL SERVICES | | |
|---|---|---|
| Joseph J. Bodnar, Esq.<br>Monzack and Monaco, P.A.<br>1201 North Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE  19801 | M. Duncan Grant<br>Pepper Hamilton LLP<br>1313 North Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE  19899-1709 | Robert S. Gans, Esq.<br>Bernstein, Litowitz, Berger & Grossmann<br>12544 High Bluff Drive, Suite 150<br>San Diego, CA  92130-3069 |
| International Corporation<br>David Arietta, Esq.<br>700 Ygnacio Valley Road, Suite 220<br>Walnut Creek, CA  94569-3859 | Jimmy Lovato<br>US Equal Opportunity Commission<br>Denver District Office<br>303 East 17th Avenue, Suite 510<br>Denver, CO  80203 | Wayne E. Borgeest<br>Rocco J. Siconolfi<br>Kaufman Borgeest & Ryan<br>200 Summit Lake Drive, 1st Floor<br>Valhalla, NY  10595 |
| John H. Fitzsimmons, Esq.<br>D'Amato & Lynch<br>70 Pine Street<br>New York, NY  10270 | Milberg Weiss Bershad Hynes & Leach LLP<br>100 Pine street, Suite 2600<br>San Francisco, CA  94111 | Kris P. Thompson<br>John D. Alessio<br>Neil Dymott Perkins Brown & Frank<br>1010 Second Avenue, Suite 2500<br>San Diego, CA  92101 |
| Douglas McKiege<br>Lisa Buckser-Schultz<br>Bernstein Litowitz Berger & Grossman<br>1285 Avenue of the Americas<br>New York, NY  10019 | David R. Scott<br>James E. Miller<br>Scott & Scott<br>108 Norwich Avenue<br>Colchester, CT  06415 | Ernst & Young<br>Attn:  Ernest Cortes<br>1451 California<br>Palo Alto, CA  94304 |
| Michael F. Vargo<br>878 Edgewood Road<br>Redwood City,  CA  94062 | Emila Mayorga<br>Kerr & Wagstaffe LLP<br>100 Spear Street, Ste 1800<br>San Francisco, CA  94105 | Angela T. Rella<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>New York, NY  10104 |
| Michael J. Pucillo<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue Suite 900<br>West Palm Beach, FL  334016148 | Paul J. Gellar<br>Coughlin, Stoia, Geller, Rudman<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL  33432 | Lawrence M. Shapiro<br>200 S 6th Street, Suite 1200<br>Minneapolis, MN  554021415 |

| 20 LARGEST UNSECURED CREDITORS PREVIOUSLY UNLISTED |||
|---|---|---|
| **VIA FEDERAL EXPRESS**<br>Bright Oceans<br>Attention: Legal Department<br>Great Eagle Centre<br>23 Harbour Road, Suite 1203, 12F<br>Wanchai, Hong Kong | Malibu Canyon Office Properties<br>c/o The Johnson Group<br>26635 W. Agoura Road, Suite 105<br>Calabasas, CA 91302 | Malibu Canyon Office Properties<br>Kenneth S. Fields, Esq.<br>1875 Century Park East, 14th Floor<br>Los Angeles, CA 90067 |
| Bowne of Los Angeles<br>Gail Price<br>Bronwen Price<br>Dept. 0197<br>Los Angeles, CA 90084 | FEDEX<br>P.O. Box 1140<br>Memphis, TN 38101<br>Attn: Receivable Dept. | PBI Media LLC<br>Attn: Receivable Dept.<br>5655 S. Yosemite<br>Suite 206<br>Englewood, CO 80111 |
| Oracle Support Services<br>P.O. Box 44471<br>San Francisco, CA 94144 | CAT Technology, Inc.<br>Dept. 33237<br>P.O. Box 39000<br>San Francisco, CA 94139<br>Attn: Amy Meeks | **VIA FEDERAL EXPRESS**<br>**Spiro Lab Telecom, Inc.**<br>**750 Chemin Lucerne, Suite 200**<br>**Ville Mont-Royale**<br>**Quebec, H3R2H6**<br>**Attn: Maria Silva**<br><br>**FedEx Shipment**<br>**Delivered 796907158172 - 9/01/09**<br>**(2 of 10)** |
| Pearl Law Group<br>315 Montgomery Street, #700<br>San Francisco, CA 94104 | Xerox Corporation<br>P.O. Box 7405<br>Pasadena, CA 91109-7405<br>Attn: Receivable Dept. | **VIA FEDERAL EXPRESS**<br>ILOCUS<br>42 Alleyn Park<br>Norwood Green<br>London, UB25QU<br>United Kingdom |
| Malibu Canyon Office Properties<br>c/o The Johnston Group<br>5137 Clareton Dr., Suite 100<br>Agoura Hills, CA 91301-6304 | | |
| 20 LARGEST UNSECURED CREDITORS PREVIOUSLY UNLISTED |||
| Eakins Open Systems (EOS)<br>1070 Flynn Road<br>Camarillo, CA 93012<br>Attn: Accounts Payable | GL Communications, Inc.<br>207A Perry Parkway, Suite One<br>Gaithersburg, MD 20877<br>Attn: Shelly Sharma | Yankee Group Research, Inc.<br>P.O. Box 845282<br>Boston, MA 02284-5282 |
| E*Trade Business Solutions<br>Attn: Rita Yampolsky<br>P.O. Box 989032<br>West Sacramento, CA 95798 | **VIA FEDERAL EXPRESS**<br>**Nemko, Inc.**<br>**Attn: Giles Philion**<br>**3325 River road RR#5**<br>**Ottawa Ontario**<br>**K1V 1H2 Canada**<br><br>**FedEx Shipment**<br>**Delivered 797894637961 - 9/01/09**<br>**(1 of 10)** | ZOA TECHMEDIA. INC.<br>Attn: Receivable Dept.<br>7665 E. Eastman Avenue<br>Suite 204<br>Denver, CO 80231 |
| Cable & Wireless Internet Services<br>4650 Old Ironsides Drive<br>Santa Clara, CA 95054<br>Attn: Maureen McEnroe | SAVVIS Communications<br>2101 Tasman Drive, Suite 100<br>Santa Clara, CA 95054 | |